UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAJA OUPHTHAME,<br><br>              Plaintiff,<br><br>    v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>              Defendants. | 1:20-cv-01137-GSA (PC)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS** |

Plaintiff is proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On September 16, 2020, Plaintiff filed an application <u>by a prisoner</u> to proceed *in forma pauperis*. (ECF No. 5.)  Now Plaintiff has notified the court of his new address, which indicates that Plaintiff is out of custody.  (ECF No. 7.)  If Plaintiff is no longer a prisoner, he needs to submit an application <u>by a non-prisoner</u> to proceed *in forma pauperis*.  The court shall send Plaintiff the correct form.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a regular civil *in forma pauperis* application;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a completed regular civil *in forma pauperis* application or pay the $400.00 filing fee in full.

Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 8, 2020**                **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE