UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAJA OUPHTHAME,<br><br>  Plaintiff,<br><br>vs.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>  Defendants. | No. 1:20-cv-01137-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br>(Doc. No. 10.)<br><br>ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER<br>(Doc. No. 8.)<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

Plaintiff Laja Ouphthame is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 6, 2021, findings and recommendations were entered, recommending that this action be dismissed for plaintiff's failure to comply with the court's order issued on October 8, 2020. (Doc. No. 8.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on January 6, 2021 (Doc. No. 10), are adopted in full;
2. This case is dismissed, without prejudice, for plaintiff's failure to comply with the court's order issued on October 8, 2020 (Doc. No. 8);
3. All pending motions are denied as moot; and
4. The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 22, 2021**

_____
UNITED STATES DISTRICT JUDGE